UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

HILLTOP CONSULTANTS, INC. DBA FRONTLINE MANAGED SERVICES, INC.

    Plaintiff,

v.

MICHAEL CERVINO; and JASON LACZKOWSKI

    Defendants

_____

Civil Action No. 1:21-cv-02488-RCL

**JOINT MEET AND CONFER STATEMENT**

Pursuant to the Court's Order of February 2, 2022, and Local Rule 16.3, Plaintiff, Hilltop Consultants, Inc. dba Frontline Managed Services, Inc. ("Hilltop") and Defendants Michael Cervino ("Cervino") and Jason Laczkowski ("Laczkowski") have conferred and hereby jointly submit the following status report and state as follows:

1. A motion to dismiss has already been filed and ruled on by the Court. It is too early to determine if motions for summary judgment will be filed.

2. Any other parties will be added by July 1, 2022.

3. The parties are not in agreement to the case being assigned to a magistrate judge.

4. The parties agree that there is a possibility that the case can be settled.

5. The parties would like to take advantage of the Court's ADR procedures, specifically the parties agree that mediation should take place immediately.

6. If summary judgment is to be filed by any party, it must be filed by March 1, 2023.

7. The parties agree that initial disclosures under Fed. R. Civ. P. 26(a)(1) will not be made.

8. Written discovery must be initiated by each party by May 23, 2022.  Factual depositions should be completed by September 1, 2022.

9. Experts must be named by December 1, 2022.  Expert depositions must be completed by January 2, 2023.

10. This is not a class action lawsuit.

11. Discovery should be bifurcated so that factual discovery is first followed by expert discovery as set out in paragraph 9.

12. The date for the pre-trial conference should be set for June 1, 2023.

13. The trial date is best set at the pre-trial conference within 30 to 60 days after that conference.

14. There are no other matters that should be included in the scheduling order.  All parties agree that mediation should take place as soon as possible.

Dated:  March 17, 2022

/s/ Brenton D. Soderstrum
Brenton D. Soderstrum, Esq.
D.C. Bar 1643304
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW
Suite 1000
Washington D.C. 20006
Ph: 202-331-9260
Fax: 877-219-7127
Email: bsoderstrum@kcnlaw.com
Counsel *pro hac vice* for Plaintiff

/s/ George M. Chuzi
George Chuzi Esq.
D.C. Bar 336503
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
Ph: (202) 331-9264
Fax: (866) 455-1504
Email: gchuzi@kcnlaw.com
Counsel for the Plaintiff

/s/ Cassandra W. Lenning
Cassandra W. Lenning
Outten & Golden LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Ph: 202-847-4400
Email: clenning@outtengolden.com
Counsel for the Defendants

/s/  Patricia Collins
Patricia Collins
Antheil Maslow & McGinn LLP
31 W. State Street
Doylestown, PA 18901
Ph: 215-230-7500
Email: pcollins@ammlaw.com
Counsel for Defendant Michael Cervino

<u>/s/  Marc A. Susswein</u>
Marc Susswein
Law Offices of Marc Susswein PC
909 Third Avenue
26th Floor
New York, NY 10022
Ph: 212-687-8500
Email: marcsusswein@sussweinlaw.com
Counsel for Defendant Jason Laczkowski