UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

HILLTOP CONSULTANTS, INC. DBA FRONTLINE

MANAGED SERVICES, INC.

    Plaintiff,               Civil Action No. 1:21-cv-02488-RCL

    v.

MICHAEL CERVINO; and JASON LACZKOWSKI

    Defendants

_____

### [PROPOSED] SCHEDULING ORDER

Upon consideration of the Rule 26(f) report, the Initial Scheduling Conference, and the entire record herein, it is hereby

ORDERED, that the parties may amend the pleadings or join parties by July 1, 2022; it is further

ORDERED, that written discovery shall be commenced by May 23, 2022; it is further

ORDERED, that factual depositions be completed by September 1, 2022; it is further

ORDERED, that experts be named by December 1, 2022; it is further

ORDERED, that expert depositions be completed by January 2, 2023; it is further

ORDERED, that motions for summary judgment be filed by March 1, 2023; it is further

ORDERED, that the pre-trial conference be set for June 1, 2023; it is further

ORDERED, that the trial date shall be set within 30 to 60 days after the pre-trial conference.

DATE: _____        JUDGE ROYCE C. LAMBERTH: _____